**Order entered March 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00923-CV**

**TAMILA CARROLL, Appellant**

**V.**

**DAVID MULLEN, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05193-A**

**ORDER**

Before the Court is appellant's motion for extension of time to file her corrected brief. We **GRANT** the motion and **ORDER** the brief received March 25, 2022 filed as of the date of this order.

/s/     KEN MOLBERG
          JUSTICE